RECEIVED
SDNY PRO SE OFFICE

2023 JUL 28 PM 1:25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE Velez

_____
Write the full name of each plaintiff.

-against-

Arianna Kennedy
HON. Lauren T. Broderick
Tyesha Williams
Sidney Rousse

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

DV    DV    DV
___ CV ~~____~~ - ~~___~~
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Violated By acs had said if I can get rid of my son I can get rid of my daughter now my kids are being kept away by force allegations. the hospital told me I wasnt aloud to show emotions and Jab me with the nidle !_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _DIANE VELEZ_ , is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Hon. Lauren T. Broderick__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Diane__                                 __Velez__
First Name           Middle Initial        Last Name

__663    Fox St    Apt 5J__
Street Address

__Bronx__                          __NY__            __10455__
County, City                       State             Zip Code

__917 962-7731__                   __MarieV1987@yahoo.com__
Telephone Number                   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: ~~Eyesha~~ Williams
Last Name: Tyesha

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 2:
First Name: Kennedy
Last Name: arianna

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3:
First Name: Hon. lauren T
Last Name: Broderick

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Page 4

Defendant 4: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My Name is DIANE VELEZ I am here To Report My Judge, Lawyer, ACS, And Bronx lebanon hospital I am Going threw emotional Distress By acs with Force allegation with No Prove And Evidence I've been mentally, emotionally And medically abuse at the hospital Being manupalated By them I'm not getting the right help By my lawyer the school had told a lie to acs against me I'm Being threaten By acs And the Judge with No Prove or Evidence the hospital had threaten me with medication Jab with with a Niddle For No Reason I am a single mom of 3 Acs Told me IF I can get rid of My son I can get rid of my daughter And Now being threaten For Jail IF I dont give them the social & Birth certificat or I'll Do Jail And Now with Force allegations there keeping My kids from me.

Page 5

the school made escuses for me to see my daughter at her show dance so I chose not to go acs is taking advantage of there power against me there Doing all these changes with my kids Insurance kennedy try to paint me crazy mother with her lies cause she messed up on her paper work so the case escalated with more allegations And I go threw gums Bleed By a medication that was Giving to my

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

the hospital Jab me with a Niddle it locked my Jaw my tougn was force pulled Back and my Jaw was Forced to the side while Doctor wallysada laughed at me And told me I was Fine while I couldnt talk the medicine they gave me gaved me panick to sleep Anxiety to medication

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 7-28-23
Plaintiff's Signature: Diane Velez

First Name: DIANE
Middle Initial:
Last Name: VELEZ

Street Address: 663 Fox St Apt 5S Bronx

County, City: Bronx
State: NY
Zip Code: 10455

Telephone Number: 917 962-7721
Email Address (if available): marieV1987@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.