UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE VELEZ,

                                    Plaintiff,

                    -against-

ARIANNA KENNEDY, ET AL,

                                    Defendants.

23-CV-6660 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2023
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge